No. 5176.—Pueblo, apldo., *v.* Rodríguez (*a*) Garufa, aplte.—C. D. San Juan. ▮▮▮▮▮▮ Junio 7, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, el Fiscal de esta Corte nos pide la desestimación del presente recurso fundado en que después de haber obtenido varias prórrogas, el acusado dejó de solicitar otra dentro del término concedídole por la corte:

Por cuanto, el apelante en su oposición no explica la demora habida y se funda más bien en que no ha recibido copia alguna de la transcripción de evidencia y en que su apelación es meritoria:

Por cuanto, era el deber del apelante solicitar y obtener todas las prórrogas necesarias para perfeccionar su recurso, lo que no hizo:

Por tanto, se desestima la apelación.

No. 4797.—Pueblo, apldo., *v.* Rivera, aplte.—C. D. Ponce. ▮▮▮▮ ▮▮▮▮▮▮ Julio 28, 1933.

(Por la Corte, a propuesta del Juez Asociado Sr. Wolf.)

Por cuanto, el apelado no ha presentado alegato en este caso:

Por cuanto, tenemos la duda de si procedía en este caso una moción para que no se dictara sentencia (*in arrest of judgment*), toda vez que de acuerdo con el artículo 305 del Código de Enjuiciamiento Criminal semejante moción parece que sólo podría fundarse en defectos de la acusación:

Por cuanto, tenemos duda de si la actuación de la corte al ordenar el archivo y sobreseimiento del proceso impediría futuras actuaciones en el caso:

Por tanto, se ordena un nuevo señalamiento de este caso y se concede a ambas partes la oportunidad de presentar alegatos.